[Nos. 20721-8-III; 20984-9-III. Division Three. March 6, 2003.]

*In the Matter of the Marriage of* DIERDRA L. CAMPBELL, *Respondent*, and BRYAN R. CAMPBELL, *Appellant*.

Appeals from judgments of the Superior Court for Chelan County, No. 94-3-00316-8, John E. Bridges, J., entered November 8, 2001 and February 28, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20737-4-III. Division Three. March 6, 2003.]

*In the Matter of the Marriage of* JIMMIE RHONDA DEWITT, *Respondent*, and JON "TOR" KEITH DEWITT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-3-00334-4, Donald W. Schacht, J., entered November 20, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 20804-4-III. Division Three. March 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNIE EDWARD GLADDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 01-1-00088-1, John Hotchkiss, J., entered December 24, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J. Now published at 116 Wn. App. 561.

[No. 21628-4-III. Division Three. March 6, 2003.]

WEBER CONSTRUCTION, INC., *Appellant*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-05288-4, Salvatore F. Cozza, J., entered November 7, 2001. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.